# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN STAVA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LANCASTER, *et al*,<br>　　　　　　Defendants. | Civil No.: 5:25-cv-02392-JMG |

## ORDER

**AND NOW,** this 7th day of August, 2025, upon consideration of Defendant City of Lancaster's Motion to Dismiss (ECF No. 7) and Plaintiff's Response in Opposition (ECF No. 9), **IT IS HEREBY ORDERED** that the Motion (ECF No. 7) is **GRANTED** and Count III of the Complaint is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 2, 2025,** to file an Amended Complaint for Count III pursuant to Federal Rule of Civil Procedure 15 (a)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge